NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VLSI TECHNOLOGY LLC,**
*Appellant*

**v.**

**OPENSKY INDUSTRIES, LLC,**
*Cross-Appellant*

**INTEL CORPORATION,**
*Appellee*

---

2023-2158, 2023-2159

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01064, IPR2022-00366.

---

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

(1) The appeals are consolidated in the nature of cross-appeals. Thus, one set of briefs should be filed for both appeals. The revised official caption is reflected above. To align the briefing schedules, the Court desig-

2  VLSI TECHNOLOGY LLC v. OPENSKY INDUSTRIES, LLC

nates VLSI Technology LLC ("VLSI") as Appellant, and designates Appeal No. 2023-2159 as a cross-appeal.

(2) The Certified Lists are due no later than August 28, 2023.

(3) The briefing schedule for the consolidated appeals is as follows: VLSI's principal brief addressing only Appeal No. 2023-2158 is due within 60 days of service of the last-filed Certified List.  The principal and response brief of OpenSky Industries, LLC ("OpenSky"), addressing both appeals, is due no later than 40 days after service of VLSI's principal brief.  VLSI's response and reply brief, addressing both appeals, is due no later than 40 days after service of OpenSky's principal and response brief.  A response brief of Intel Corporation, addressing both appeals, also is due no later than 40 days after service of OpenSky's principal and response brief.  OpenSky's reply brief, addressing only Appeal No. 2023-2159, is due no later than 21 days after service of VLSI's response and reply brief.

FOR THE COURT

August 2, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court