## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

---

VLSI TECHNOLOGY LLC,

*Appellant*,

v.

OPENSKY INDUSTRIES, LLC,

*Cross-Appellant*,

INTEL CORPORATION,

*Appellee*,

KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,

*Intervenor*.

Nos. 23-2158, 23-2159

---

## VLSI TECHNOLOGY LLC'S NOTICE
## <u>REGARDING PROCEEDINGS ON REMAND</u>

These consolidated appeals arise from an inter partes review of VLSI Technology LLC's patent. After the Board issued its final written decision, patent owner VLSI and petitioner OpenSky Industries, LLC filed notices of appeal. At that time, sanctions issues in the underlying IPR were still pending before the PTO's Director. On December 7, 2023, this Court stayed the appeals and ordered a limited remand to the PTO for "the Director to complete her review[ ] and to resolve any remaining sanctions issues." ECF #27 at 3. The Court's December 7 order directed

the parties to inform the Court, "[w]ithin 14 days from the completion of the Director's review[], . . . as to how they believe these appeals should proceed." *Id.*

On December 15, 2023, the Director issued a final decision addressing the outstanding sanctions issues and ordering OpenSky to pay VLSI certain attorney's fees. IPR2021-01064, Paper 141. Counsel for OpenSky has indicated that OpenSky intends to seek rehearing of the Director's decision. Consequently, the Director review process is not yet complete. Consistent with this Court's December 7 order, the parties respectfully submit that (1) the stay of the above-captioned appeals should remain in place, and (2) the parties should inform the Court, within 14 days from the Director's resolution of OpenSky's rehearing petition, as to how they believe these appeals should proceed.

VLSI has consulted with counsel for the other parties to these appeals—OpenSky, Intel Corporation, and the Director—and is authorized to state that they concur in this notice.

December 29, 2023                    Respectfully submitted,

                                    /s/ Jeffrey A. Lamken

                                    Jeffrey A. Lamken
                                        *Counsel of Record*
                                    MOLOLAMKEN LLP
                                    The Watergate, Suite 500
                                    600 New Hampshire Avenue, N.W.
                                    Washington, D.C.  20037
                                    (202) 556-2000 (telephone)
                                    (202) 556-2001 (facsimile)
                                    jlamken@mololamken.com

                                    *Counsel for VLSI Technology LLC*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

|  |  |
|---|---|
| **Case Number** | 2023-2158, 2023-2159 |
| **Short Case Caption** | VLSI Technology LLC v. OpenSky Industries, LLC |
| **Filing Party/Entity** | VLSI Technology LLC |

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/29/2023

Signature: /s/ Jeffrey A. Lamken

Name: Jeffrey A. Lamken

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☐ None/Not Applicable |
| VLSI Technology LLC | | CF VLSI Holding LLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐     Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| Bridget Smith<br>Lowenstein & Weatherwax LLP *No longer with firm | Flavio Rose<br>Lowenstein & Weatherwax LLP *No longer with firm | Edward Hsieh<br>Lowenstein & Weatherwax LLP *No longer with firm |
| Parham Hendifar<br>Lowenstein & Weatherwax LLP | Patrick Maloney<br>Lowenstein & Weatherwax LLP *No longer with firm | Jason C. Linger<br>Lowenstein & Weatherwax LLP *No longer with firm |
| | | |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑    Yes (file separate notice; see below)      ☐    No      ☐    N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2023-2158, 2023-2159

**Short Case Caption:** VLSI Technology LLC v. OpenSky Industries, LLC

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes 249 words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 12/29/2023          Signature: /s/ Jeffrey A. Lamken

                          Name: Jeffrey A. Lamken

Save for Filing