NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VLSI TECHNOLOGY LLC,**
*Appellant*

v.

**OPENSKY INDUSTRIES, LLC,**
*Cross-Appellant*

**INTEL CORPORATION,**
*Appellee*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2023-2158, 2023-2159

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01064 and IPR2022-00366.

---

**O R D E R**

VLSI Technology LLC ("VLSI") informs the court that proceedings on remand have been completed and requests the court to reactivate these appeals and to set a schedule

consistent with that in *VLSI Technology LLC v. Patent Quality Assurance LLC*, No. 2023-2298, ECF No. 37. VLSI states that Intel Corporation ("Intel") and the Director of the United States Patent and Trademark Office have indicated that they do not oppose setting such a schedule and that OpenSky Industries, LLC ("OpenSky") has not provided a position.

Upon consideration thereof,

IT IS ORDERED THAT:

Any amended notices of appeal from the Director's decisions on remand are due in accordance with 35 U.S.C. § 142 and 37 C.F.R. § 90.3(b)(1) and should be filed in this case. Updated docketing statements and the amended certified list are due no later than 14 and 60 days thereafter, respectively, and VLSI's principal brief is due within the time allowed by the Federal Circuit Rules after entry of the amended certified list. OpenSky's principal and response brief and Intel's response brief are due no later than 40 days after service of VLSI's principal brief. The Director's brief is due no later than 40 days after service of OpenSky's principal and response brief or Intel's response brief, whichever is later. VLSI's response and reply brief is due no later than 40 days after service of the Director's brief. OpenSky's reply brief is due no later than 21 days after service of VLSI's response and reply brief. The joint appendix is due no later than 7 days after service of OpenSky's reply brief.

FOR THE COURT

April 8, 2024
Date

Jarrett B. Perlow
Clerk of Court