# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| VLSI Technology LLC,<br>    *Appellant*,<br><br>v.<br><br>OpenSky Industries, LLC,<br>    *Cross-Appellant*,<br><br>Intel Corporation,<br>    *Appellee*,<br><br>Katherine K. Vidal, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,<br>    *Intervenor*. | Nos. 23-2158, 23-2159 |

## VLSI TECHNOLOGY LLC'S UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE ITS OPENING BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and this Court's Rule 26(b), appellant/cross-appellee VLSI Technology LLC ("VLSI") respectfully moves for a 30-day extension of time to file its opening brief in the above-captioned cases. VLSI's opening brief is currently due on September 9, 2024. If this motion is granted, the brief will be due on October 9, 2024. This is VLSI's first request for an extension of time for this brief. VLSI's counsel has informed counsel for appellee/cross-appellant OpenSky Industries, LLC ("OpenSky"), appellee Intel Corporation ("Intel"), and intervenor Katherine K. Vidal, Director of the United

1

States Patent and Trademark Office (the "Director"), of this extension request. No party objects to the request.

There is good cause for the requested extension. Counsel of record has been, and will remain, heavily engaged with the press of other matters before this Court and other courts. Those matters include: a reply brief in *Finesse Wireless LLC v. AT&T Mobility LLC*, No. 24-1039 (Fed. Cir.), filed on July 18, 2024; an opening brief in *TQ Delta, LLC v. CommScope Holding Company, Inc.*, Nos. 24-1587, 24-1588 (Fed. Cir.), filed on July 19, 2024; a mandamus petition in *In re Anonymous Media Research Holdings, LLC*, No. 24-139 (Fed. Cir.), filed on July 30, 2024; oral argument in *Telefonaktiebolaget LM Ericsson v. Lenovo (United States) Inc.*, No. 24-1515 (Fed. Cir.), on August 7, 2024; an emergency application for a stay of the mandate pending the filing and disposition of a petition for a writ of certiorari to the D.C. Circuit in *Saffarinia v. United States*, No. 24A181 (U.S.), filed on August 16, 2024; a reply brief in *Whitesell Corporation v. Husqvarna Outdoor Products, Inc.*, Nos. 23-10935, 23-13928 (11th Cir.), due on August 27, 2024; an opening brief in *VLSI Technology LLC v. Intel Corporation*, Nos. 24-1772, 24-1816 (Fed. Cir.), due on August 30, 2024; a reply brief in *Express Mobile, Inc. v. Meta Platforms, Inc.*, Nos. 24-1190, 24-1191, 24-1192 (Fed. Cir.), due on September 6, 2024; an opening brief in *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, Nos. 24-1859, 24-1863 (Fed. Cir.), due on September 3, 2024; an opening brief in *Netlist, Inc. v. Samsung*

*Electronics Co., Ltd.*, No. 24-1707 (Fed. Cir.), due on September 12, 2024; and a response and reply brief in *Versata Software, Inc. v. Ford Motor Company*, Nos. 24-1140, 24-1206, 24-1234 (Fed. Cir.), due on September 30, 2024.

This case, moreover, is highly complex. In addition to patentability issues, this case involves extensive sanctions proceedings, including a limited remand by this Court to the PTO, arising from the Director's findings that OpenSky engaged in sanctionable misconduct. The requested extension will allow counsel time to synthesize the complex record and issues in this case and prepare a brief that clearly and efficiently presents them to this Court.

Accordingly, VLSI respectfully requests a 30-day extension of time to file its opening brief, to and including October 9, 2024.

## CONCLUSION

VLSI's request for a 30-day extension should be granted.

| | |
|---|---|
| August 19, 2024 | Respectfully submitted,<br><br>/s/ Jeffrey A. Lamken<br><br>Jeffrey A. Lamken<br>  *Counsel of Record*<br>MoloLamken LLP<br>The Watergate, Suite 500<br>600 New Hampshire Avenue, N.W.<br>Washington, D.C. 20037<br>(202) 556-2000 (telephone)<br>(202) 556-2001 (facsimile)<br>jlamken@mololamken.com<br><br>*Counsel for VLSI Technology LLC* |

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| VLSI Technology LLC,<br><br>   *Appellant*,<br><br>  v.<br><br>OpenSky Industries, LLC,<br><br>   *Cross-Appellant*,<br><br>Intel Corporation,<br><br>   *Appellee*,<br><br>Katherine K. Vidal, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,<br><br>   *Intervenor*. | Nos. 23-2158, 23-2159 |

### DECLARATION OF JEFFREY A. LAMKEN IN SUPPORT OF VLSI TECHNOLOGY LLC'S UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE ITS OPENING BRIEF

I, Jeffrey A. Lamken, hereby declare:

 1. I am a partner in the law firm MoloLamken LLP and counsel for appellant/cross-appellee VLSI Technology LLC ("VLSI"). I am over the age of 18 and have personal knowledge of the matters set forth herein.

 2. I submit this declaration in support of VLSI Technology LLC's Unopposed Motion for a 30-Day Extension of Time To File Its Opening Brief.

1

3.      Counsel for VLSI informed counsel for appellee/cross-appellant OpenSky Industries, LLC ("OpenSky"), counsel for appellee Intel Corporation ("Intel"), and counsel for intervenor Katherine K. Vidal, Director of the United States Patent and Trademark Office (the "Director"), of this extension request.

4.      No party objects to the extension request.

5.      VLSI's opening brief is currently due on September 9, 2024. If VLSI's extension motion is granted, the brief will be due on October 9, 2024. VLSI has not previously sought an extension of time for this brief.

6.      Counsel of record has been, and will remain, heavily engaged with the press of other matters before this Court and other courts. Those matters include: a reply brief in *Finesse Wireless LLC v. AT&T Mobility LLC*, No. 24-1039 (Fed. Cir.), filed on July 18, 2024; an opening brief in *TQ Delta, LLC v. CommScope Holding Company, Inc.*, Nos. 24-1587, 24-1588 (Fed. Cir.), filed on July 19, 2024; a mandamus petition in *In re Anonymous Media Research Holdings, LLC*, No. 24-139 (Fed. Cir.), filed on July 30, 2024; oral argument in *Telefonaktiebolaget LM Ericsson v. Lenovo (United States) Inc.*, No. 24-1515 (Fed. Cir.), on August 7, 2024; an emergency application for a stay of the mandate pending the filing and disposition of a petition for a writ of certiorari to the D.C. Circuit in *Saffarinia v. United States*, No. 24A181 (U.S.), filed on August 16, 2024; a reply brief in *Whitesell Corporation v. Husqvarna Outdoor Products, Inc.*, Nos. 23-10935, 23-13928 (11th

Cir.), due on August 27, 2024; an opening brief in *VLSI Technology LLC v. Intel Corporation*, Nos. 24-1772, 24-1816 (Fed. Cir.), due on August 30, 2024; a reply brief in *Express Mobile, Inc. v. Meta Platforms, Inc.*, Nos. 24-1190, 24-1191, 24-1192 (Fed. Cir.), due on September 6, 2024; an opening brief in *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, Nos. 24-1859, 24-1863 (Fed. Cir.), due on September 3, 2024; an opening brief in *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, No. 24-1707 (Fed. Cir.), due on September 12, 2024; and a response and reply brief in *Versata Software, Inc. v. Ford Motor Company*, Nos. 24-1140, 24-1206, 24-1234 (Fed. Cir.), due on September 30, 2024.

7. This case, moreover, is highly complex. In addition to patentability issues, this case involves extensive sanctions proceedings, including a limited remand by this Court to the PTO, arising from the Director's findings that OpenSky engaged in sanctionable misconduct. The requested extension will allow counsel time to synthesize the complex record and issues in this case and prepare a brief that clearly and efficiently presents them to this Court.

8. A 30-day extension will give counsel the necessary time to prepare VLSI's opening brief.

*   *   *

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed: August 19, 2024<br>Washington, D.C. | /s/ Jeffrey A. Lamken<br>Jeffrey A. Lamken<br>  *Counsel of Record*<br>MOLOLAMKEN LLP<br>The Watergate, Suite 500<br>600 New Hampshire Avenue, N.W.<br>Washington, D.C.  20037<br>(202) 556-2000 (telephone)<br>(202) 556-2001 (facsimile)<br>jlamken@mololamken.com<br><br>*Counsel for VLSI Technology LLC* |

FORM 9. Certificate of Interest <span style="float:right">Form 9 (p. 1)<br>March 2023</span>

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number:** 2023-2158, 2023-2159

**Short Case Caption:** VLSI Technology LLC v. OpenSky Industries, LLC

**Filing Party/Entity:** VLSI Technology LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 08/19/2024    Signature: /s/ Jeffrey A. Lamken

                    Name: Jeffrey A. Lamken

**FORM 9. Certificate of Interest**　　　　　　　　　　　　　　　　　　　　Form 9 (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| VLSI Technology LLC |  | CF VLSI Holding LLC |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐　Additional pages attached

FORM 9. Certificate of Interest                                                                     Form 9 (p. 3)
March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable      ☐ Additional pages attached

| | | |
|---|---|---|
| Bridget Smith<br>Lowenstein & Weatherwax LLP *No longer with firm | Flavio Rose<br>Lowenstein & Weatherwax LLP *No longer with firm | Edward Hsieh<br>Lowenstein & Weatherwax LLP *No longer with firm |
| Parham Hendifar<br>Lowenstein & Weatherwax LLP | Patrick Maloney<br>Lowenstein & Weatherwax LLP *No longer with firm | Jason C. Linger<br>Lowenstein & Weatherwax LLP *No longer with firm |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)    ☐ No    ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable      ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2023-2158, 2023-2159

**Short Case Caption:** VLSI Technology LLC v. OpenSky Industries, LLC

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __1,020__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 08/19/2024

Signature: /s/ Jeffrey A. Lamken

Name: Jeffrey A. Lamken

Save for Filing