NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**VLSI TECHNOLOGY LLC,**
*Appellant*

v.

**OPENSKY INDUSTRIES, LLC,**
*Cross-Appellant*

**INTEL CORPORATION,**
*Appellee*

**COKE MORGAN STEWART, Acting Under Secretary of Commerce for Intellectual Property and Acting Director of the United States Patent and Trademark Office,**
*Intervenor*

_____

2023-2158, 2023-2159
_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01064 and IPR2022-00366.
_____

**ON MOTION**
_____

Before PROST, *Circuit Judge.*

## O R D E R

OpenSky Industries, LLC moves for leave to file a corrected opening and response brief. Though OpenSky states that VLSI Technology LLC and Intel Corporation "withhold consent, and reserve the right to object" to one of the proposed changes, Mot. at 2,[1] no opposition has been filed.

The court notes that the submitted non-confidential corrected brief, ECF No. 87, and confidential corrected brief, ECF No. 88, do not comply with this court's rules. Specifically: (1) the attorney's email address on the covers does not match the email address on the docket report, *see* Fed. R. App. P. 32(a)(2)(F); (2) section 2 on the certificates of interest does not match the certificate of interest on file, *see* Fed. Cir. R. 47.4(b), (c); (3) the briefs have two pages paginated as "xii"; (4) no certificate of confidential material is included, Fed. Cir. R. 25.1(e)(2); (5) material redacted in the non-confidential version, ECF No. 87, is not highlighted or bracketed in the confidential version, ECF No. 88, Fed. Cir. R. 25.1(e)(1)(A); and (6) the briefs are not flattened or completely text-searchable, Fed. Cir. Elec. Filing P. IV.A.11(b), (e).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that within 14 days from the date of entry of this order, OpenSky is directed to

---

[1] Though the motion indicates that the Acting Director of the United States Patent and Trademark Office also withheld consent, the Acting Director clarifies that she does not oppose the changes specifically identified in OpenSky's motion. ECF No. 92 at 2.

submit corrected versions of ECF Nos. 87 and 88 addressing the deficiencies identified above.

FOR THE COURT

March 24, 2025
Date

Jarrett B. Perlow
Clerk of Court