2023-2158, 23-2159

United States Court of Appeals
for the Federal Circuit

**VLSI TECHNOLOGY LLC,**
*Appellant*

v.

**OPENSKY INDUSTRIES, LLC,**
*Cross-Appellant*

**INTEL CORPORATION,**
*Appellee*

**COKE MORGAN STEWART,**
ACTING UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,
*Intervenor*

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board, Nos. IPR2021-01064 and IPR2022-00366.

**ACTING DIRECTOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR FILING THE ACTING DIRECTOR'S BRIEF**

Pursuant to Fed. Cir. R. 26, the Acting Director of the United States Patent and Trademark Office requests that the time for filing her brief, currently due on May 16, 2025, be extended seven (7) days to May 23, 2025. This is the second extension of time requested by the Acting Director. The Court previously granted the Acting Director an extension of sixty (60) days.

The Acting Director requests additional time to prepare her brief due to the heavy workload of the Solicitor's Office, the need to ensure that the required reviews of the brief can be completed before filing, and significant competing deadlines in other matters for those reviewers.

Counsel for Appellant has stated that the Appellant does not oppose the motion. Counsel for Cross-Appellant has stated that the Cross-Appellant does not oppose the motion. Counsel for Appellee has stated that the Appellee also does not oppose the motion. Thus, the Acting Director respectfully requests that this extension be granted.

This motion is being filed less than seven (7) days before the Acting Director's brief is due. Therefore, a declaration pursuant to Fed. Cir. R. 26(b)(1) is attached to this motion.

May 14, 2025                              Respectfully submitted,

/s/ Peter J. Sawert
AMY J. NELSON
*Acting Solicitor*

ROBERT J. MCMANUS
*Acting Deputy Solicitor*

PETER J. AYERS
*Senior Counsel for Patent Law and Litigation*

PETER J. SAWERT
KEVIN RICHARDS
*Associate Solicitors*

Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313
(571) 272-9035

*Attorneys for the Acting Director of the United States Patent and Trademark Office*

2023-2158, 23-2159

United States Court of Appeals
for the Federal Circuit

**VLSI TECHNOLOGY LLC,**
*Appellant*

v.

**OPENSKY INDUSTRIES, LLC,**
*Cross-Appellant*

**INTEL CORPORATION,**
*Appellee*

**COKE MORGAN STEWART,**
ACTING UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,
*Intervenor*

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board, Nos. IPR2021-01064 and IPR2022-00366.

**DECLARATION IN SUPPORT OF ACTING DIRECTOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING THE ACTING DIRECTOR'S BRIEF**

I, Peter J. Sawert, hereby declare:

1. I am the primary attorney assigned to this case.

2. I submit this Declaration in accordance with Federal Circuit Rule 26(b)(1) and in support of the Acting Director's motion for a 7-day extension of time, until May 23, 2025, for filing the Acting Director's brief.

3.     I believe good cause exists for the extension. This is due to the heavy workload of the Solicitor's Office, the need to ensure that the required reviews of the brief can be completed before filing, and significant competing deadlines in other matters for those reviewers.

4.     Counsel for Appellant, Cross-Appellant, and Appellee have stated that they do not oppose the Acting Director's motion to seek a 7-day extension of time.

*In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.*

Executed on May 14, 2025                    /s/ Peter J. Sawert
                                                      Peter J. Sawert
                                                      Associate Solicitor

## **RULE 32(g) CERTIFICATE OF COMPLIANCE**

I certify pursuant to Fed. R. App. P. 32(g) that the foregoing **Acting Director's Unopposed Motion for Extension of Time for Filing the Acting Director's Brief** complies with the type-volume limitation required by the Court's rule. The total number of words in the foregoing motion is 192 words as calculated using the Word® software program.

/s/ Peter J. Sawert
Peter J. Sawert
Associate Solicitor
United States Patent & Trademark Office